# MINUTE ENTRY FOR CRIMINAL PROCEEDING

BEFORE MAG. JUDGE    **Peggy Kuo**                             DATE :    **3/1/21**

DOCKET NUMBER:    **21CR64(KAM)**                         WebEx LOG #:   **3:00-3:30**

DEFENDANT'S NAME :    **Larby Amirouche**
      **X** Present    ___ Not Present    ___ Custody    **X** Bail

DEFENSE COUNSEL:    **Michael Kushner**
      ___ Federal Defender    ___ CJA    **X** Retained

A.U.S.A:    **David Pitluck**                              CLERK:    **Felix Chin**

INTERPRETER :                                         (Language)

___ Defendant arraigned on the :  ___ indictment  ___ superseding indictment  ___ probation violation

___ Defendant pleads NOT GUILTY to ALL counts.

___ DETENTION HEARING Held.   ___ Defendant's first appearance.

- **X** Bond set at **$500,000**.  Defendant continued on released.  ___ held pending satisfaction of bond conditions.
- **X** Defendant advised of bond conditions set by the Court and gave consent to the court to sign the bond on his behalf.
- **1** Surety(ies) sworn, advised of bond obligations by the Court and gave consent to the court to sign the bond on his behalf.
- ___ (Additional) surety/ies to co-sign bond by _____
- ___ After hearing, Court orders detention in custody.  ___ Leave to reopen granted

___ Temporary Order of Detention Issued. Bail Hearing set for _____

___ At this time, defense counsel states on the record that the defendant does not have a bail application / package. Order of detention entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

___ Order of Excludable Delay/Speedy Trial entered. Start_____ Stop _____

___ Rule 5f warnings given to the Govt.   ___ Medical memo issued.

___ Defendant failed to appear, bench warrant issued.

___ Status conference set for _____ @ _____ before Judge _____

Other Rulings :   **All parties appeared via video/teleconference. Dft appeared via video. Pretrial Officer Anna Lee appeared via teleconference. 1 surety appeared via teleconference, sworn & advised of the bond obligations.**